214-09/LJK/EJC
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Lawrence J. Kahn
Edward J. Carlson



4/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SWISSMARINE SERVICES S.A.,

                Plaintiff,

-against-

ARCELORMITTAL SHIPPING
LTD; ARCELORMITTAL SHIPPING LTD,
LAZARO CARDENAS a/k/a
ARCELORMITTAL LAZARO CARDENAS,
S.A. DE C.V.; ARCELORMITTAL
INTERNATIONAL LUXEMBOURG S.A.;
and ISCOR LIMITED,

                Defendants.
-----------------------------------------------------------x

**09 CIV 2450 (WHP)**

**ORDER**

And now, this 27th day of April, 2009, on the stipulation as indicated below of counsel for Plaintiff, SwissMarine Services S.A., and of counsel for Defendants, Arcelormittal Shipping Ltd., Arcelormittal Shipping Ltd, Lazaro Cardenas a/k/a Arcelormittal Lazaro Cardenas, S.A. de C.V., Arcelormittal International Luxembourg S.A., and Iscor Limited, to the amount of bond to be filed in the within proceedings, pursuant to Supplemental Admiralty Rule E(5) and 28 U.S.C. § 2464, for the purpose of dissolving the maritime attachment issued hereunder;

NYDOCS1/328046.2     1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the amount of bond to be filed by the Defendants is hereby fixed at the sum of ELEVEN MILLION DOLLARS ($11,000,000.00);

2. That the bond tendered by Defendants and provided by the surety, U.S. Specialty Insurance Company, in the amount of ELEVEN MILLION DOLLARS ($11,000,000.00) is hereby approved by the Court;

3. That the maritime attachment of the Defendants' property in the hands of any and all garnishees in the within proceedings is hereby dissolved and vacated and that the case shall proceed in ordinary course; and

4. Any garnishee holding property of the Defendants pursuant to the Ex Parte Order(s) issued in this case is hereby ordered and directed to release such property pursuant to written instructions to be provided by letter from Defendants' counsel to any such garnishee, together with a copy of this Order. Plaintiff's counsel will provide a letter to all garnishees confirming that the property is to be released pursuant to the instructions of Defendants' counsel as set forth in this Stipulation and Order.

SO ORDERED.

Dated: New York, New York
April 27, 2009

*The Clerk of The Court is directed to mark this case closed.*

_____
The Hon. William H. Pauley, U.S.D.J.